**Order entered April 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01329-CV

### ALBERT LUTTERODT, Appellant

### V.

### EMILY LANE OWNERS ASSOCIATION, INC., ET AL., Appellees

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-12648-G**

## ORDER

The reporter's record in this appeal was filed November 24, 2014. However, the record did not include the trial exhibits. On February 13, 2015 on the parties' agreed joint motion, we ordered court reporter Vielica Dobbins to file, within fifteen days, a supplemental record containing the exhibits. Additionally, we extended the deadline for filing appellant's brief to thirty days from the date the supplemental record was filed. *See* Tex. R. App. P. 38.6(a). After Ms. Dobbins informed us on March 16, 2015 that appellant had not paid the fee for the production of the exhibits, we ordered appellant to file written verification no later than April 15, 2015 that he had paid or made arrangements to pay the fee. *See id.* 35.3(b). In accordance with that order, appellant has informed us that he has made arrangements with Ms. Dobbins to pay the $2000 fee and has already paid $500 toward that fee. He also informs us that, although Ms.

Dobbins has agreed to a payment plan, she has stated she will not file the supplemental record until the fee is paid in full. In his verification informing us of the payment arrangements, appellant "seeks guidance" as to when the supplemental record should be filed as he "does not want to delay the appeal pending final payment of the fee."

An appeal cannot proceed without the appellate record. Because the record is incomplete, the briefs cannot be filed. Texas Rule of Appellate Procedure 35.3(b) provides in relevant part that the reporter is responsible for preparing, certifying and filing the record if the party has paid the reporter's fee *or* has made satisfactory payment arrangements. *See id.* We note the fee for the reporter's record filed in November was $3840, was apparently paid in installments, and has apparently been paid in full. Because Ms. Dobbins has agreed to a payment plan and in light of appellant's payment history and the impact the lack of a complete record has on the appeal, we **ORDER** Ms. Dobbins to file the supplemental record containing all trial exhibits no later than May 1, 2015.

/s/     CRAIG STODDART
        JUSTICE